**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-4861**

─────────────

UNITED STATES OF AMERICA,

                                            Plaintiff - Appellee,

    versus

LEROY KELLY, a/k/a Q-Tip, a/k/a James Jones,
a/k/a Lewis Kelly, a/k/a Roy Kelly,

                                            Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (CR-96-55)

─────────────

Submitted:  March 20, 2002        Decided:  April 12, 2002

─────────────

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

M. Woodrow Griffin, Jr., Hampton, Virginia, for Appellant.  Paul J. McNulty, United States Attorney, Robert J. Krask, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy Kelly pled guilty to conspiracy to defraud the United States, in violation of 18 U.S.C. § 371 (1994). The district court sentenced Kelly to sixty months imprisonment, followed by a three year supervised release term. While on supervised release, Kelly tested positive for cocaine use and violated several other terms of supervised release. The district court revoked Kelly's supervised release and imposed a twenty-two month term of imprisonment, followed by a fourteen month supervised release term.

On appeal of the supervised release revocation, Kelly argues the district court abused its discretion in sentencing him to a term of twenty-two months imprisonment. Finding no abuse of discretion in the district court's revocation sentence, we affirm. See United States v. Davis, 53 F.3d 638 (4th Cir. 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED